Rimar v Country Club of Buffalo (2025 NY Slip Op 03521)

Rimar v Country Club of Buffalo

2025 NY Slip Op 03521

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025

PRESENT: LINDLEY, J.P., OGDEN, DELCONTE, AND HANNAH, JJ. (Filed June 6, 2025.) 

MOTION NO. (43/25) CA 24-00114.

[*1]PATRICK RIMAR, PLAINTIFF-RESPONDENT, 
v
COUNTRY CLUB OF BUFFALO, DEFENDANT-APPELLANT, ET AL., DEFENDANTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.